UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA R. SEALS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>TUNE CORE,<br><br>                              Defendant. | 24-cv-7413 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 04, 2024, order, this action is dismissed without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 08, 2024
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
